CRÉDITO Y AHORRO PONCEÑO, APPELLANT, *v.* REGISTRAR
OF GUAYAMA, RESPONDENT.

COSTA, APPELLANT, *v.* REGISTRAR OF GUAYAMA, RESPONDENT.

DE LA CRUZ, APPELLANT, *v.* REGISTRAR OF GUAYAMA,
RESPONDENT.

RIVERA, APPELLANT, *v.* REGISTRAR OF GUAYAMA, RESPONDENT.

Nos. 563, 560, 561, 559 and 564.—Decided March 19, 1923.

Decided on the grounds of the opinion in the case of *Monserrate* v. *Registrar
of Guayama, ante,* page 607.

*Remanded.*

Chief Justice Del Toro and Justices Wolf, Aldrey,
Hutchison and Franco Soto concurred.

---

PEOPLE, PLAINTIFF AND APPELLEE, *v.* SERRALLÉS, DEFENDANT
AND APPELLANT.

APPEALS from the District Court of Ponce in Actions for
Violation of Act. No. 91 of 1919.

Nos. 1976 and 1978.—Decided April 17, 1923.

Decided on the grounds of the opinion delivered in the case of *People* v. *Serra-
lles, ante,* page 699.

*Messrs. Parra Capó & Torres Córdova* for the ap-
pellant.

*Mr. José E. Figueras, Fiscal,* for the appellee.

*Affirmed.*

Chief Justice Del Toro and Justices Aldrey, Hutchison.
and Franco Soto concurred.
Mr. Justice Wolf dissented.